```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHEILA A. WOOD                    :      CIVIL ACTION
                                  :
                                  :
       v.                         :
                                  :
BETHLEHEM AREA VOCATIONAL         :
TECHNICAL SCHOOL, et al.          :      NO. 12-4624
```

ORDER

AND NOW, this 17th day of June, 2013, upon consideration of plaintiff Sheila A. Wood's complaint (docket entry # 1), the defendants' motion to dismiss (docket entry # 9), the plaintiff's response in opposition to that motion (docket entry #12), and the defendants' reply thereto (docket entry # 14), it is hereby ORDERED that:

    1.  The defendants' motion to dismiss (docket entry # 9) is GRANTED IN PART and DENIED IN PART, as follows:

        a. With respect to Counts III, IV, V, VI, VII, and VIII the motion is GRANTED, and those counts are DISMISSED WITH PREJUDICE;

        b. With respect to defendants Dr. Irene Gavin, John Haney, Sharon Stack, Bethlehem Area Vocational-Technical School, Bethlehem Area Vocational-Technical School Authority, the

> Bethlehem Area School District, the Northampton Area School District, the Saucon Valley School District, and John/Jane Does 1-X, the motion is GRANTED, and those defendants are DISMISSED WITH PREJUDICE;
>
> c. With respect to Counts I and II the motion is DENIED; and
>
> d. With respect to defendants Brian Williams and Sandra Klein the motion is DENIED;

2. The parties shall COMPLETE discovery by July 29, 2013;

3. Any motions for summary judgment shall be SUBMITTED by noon on August 5, 2013, and those motions shall include enumerated statements of facts with citations to the record, with responses (including a response to each enumerated fact in the statement of facts) due no later than noon on August 23, 2013, and any replies thereto (not to exceed ten pages) due by noon on August 30, 2013; and

4.   The Clerk of Court shall TRANSFER this case from the Court's Active docket to our Civil Suspense docket pending submission of summary judgment motions.

BY THE COURT:


/s/ Stewart Dalzell, J.
Stewart Dalzell, J.